**Electronically Filed
Supreme Court
SCWC-22-0000453
14-NOV-2023
11:42 AM
Dkt. 5 ODAC**

SCWC-22-0000453

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOSHUA S. PERRY,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000453; Case No. 2DTA-21-00907)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, JJ., and Circuit Judge
Kubota and Circuit Judge Morikone, assigned by reason of vacancies)

The application for writ of certiorari filed on September
29, 2023, by Petitioner/Defendant-Appellant Joshua S. Perry is
hereby rejected.

DATED: Honolulu, Hawaiʻi, November 14, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Peter K. Kubota

/s/ Kevin T. Morikone

